CHAMBERS COPY

# ORIGINAL

1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10       **WESTERN DIVISION**

| | |
|---|---|
| 11  JOSE CORTEZ, an Individual, ) | CASE NO.  CV11-03274 DDP (AGRx) |
| 12                       Plaintiff, ) | [HON. DEAN D. PREGERSON, JUDGE] |
| 13           -vs- ) | **"DISCOVERY MATTER"** |
| 14  LEROY D. BACA, SHERIFF OF ) | ~~[PROPOSED]~~ STIPULATED |
| 15  THE LOS ANGELES COUNTY ) SHERIFF'S DEPARTMENT; ) | PROTECTIVE ORDER; AND ORDER THEREON |
| 16  THE COUNTY OF LOS ) ANGELES, a Municipal ) | Comp. Filed:      4/18/11 |
| 17  Corporation; LOS ANGELES ) COUNTY DEPUTY SHERIFF ) | Disc. Cut-Off:    5/31/12 Pretrial Conf:    9/17/12 |
| 18  CASTLE, BADGE NO. 515174, ) an Individual; AND LOS ) | Trial Date:       10/16/12 |
| 19  ANGELES COUNTY DEPUTY ) SHERIFF BRADEN, BADGE ) | |
| 20  NO. 405667, an Individual, ) | |
| 21                       Defendants. ) | |

22

23

24

25

26

27

28

KOLLENDER & SARGOY
2049 Century Park East
Suite 2250
Los Angeles, CA 90067-3101
Tel:  (310) 277-7737
Fax:  (310) 277-7250

Stipulated Protective Order.wpd

1    COMES NOW Plaintiff JOSE CORTEZ ("Plaintiff") and Defendants

2    LEROY D. BACA, SHERIFF OF THE LOS ANGELES COUNTY SHERIFF'S

3    DEPARTMENT; THE COUNTY OF LOS ANGELES; and LOS ANGELES

4    COUNTY DEPUTY SHERIFFS CASTLE and BRADEN ("Defendants"), and

5    submit this [Proposed] Stipulated Protective Order and Order Thereon to address

6    the use of information and documents pertaining to Deputy Sheriffs Castle and

7    Braden following the January 10, 2012 ruling of the Court on Plaintiff's Motion

8    for Order Compelling Production of Documents Propounded to Defendant.

9         A.    WHEREAS, Plaintiff served his Request for Production of

10   Documents, Set One, to Defendant LEROY D. BACA, SHERIFF OF THE LOS

11   ANGELES COUNTY SHERIFF'S DEPARTMENT ("BACA") on September 1,

12   2011, for which a timely response was served on October 3, 2011; and

13        B.    WHEREAS, on December 15, 2011, Plaintiff filed a Motion for

14   Order Compelling Production of Documents and for Sanctions and filed a

15   Supplemental Memorandum on December 27, 2011; and

16        C.    WHEREAS, on January 10, 2012, the Court issued the following

17   orders for production of documents which are encompassed by this Stipulated

18   Protective Order:

19             i.   **Request for Production No. 2:**  Defendant BACA is ordered

20                 to produce the following documents from the Los Angeles

21                 County Sheriff's Department personnel files of Deputies Castle

22                 and Braden:

23                 (a)   Any and all complaints of excessive force incidents;

24                 (b)   All previous law enforcement work experience;

25                 (c)   All training records;

26                 (d)   All performance evaluations; and

27                 (e)   All fitness for duty evaluations.

28   / / /

KOLLENDER & SARGOY
2049 Century Park East
Suite 2250
Los Angeles, CA 90067-3101
Tel:  (310) 277-7737
Fax:  (310) 277-7250

Stipulated Protective Order.wpd

2

ii.   **Request for Production No. 3:** Defendant BACA is ordered to produce any and all formal or informal accusations of excessive force against Defendant Deputy Castle and Deputy Braden from any source from April 24, 2005 up to and including January 10, 2012.

D.   WHEREAS, a protective order pursuant to Fed. R. Civ. P. 26(c) is warranted in this litigation for production of documents responsive to Request for Production Nos. 2 and 3, above.

IT IS STIPULATED THAT:

1.   The documents and information contained therein referred to above in paragraphs C(i) and C(ii), above, shall be referred to collectively as the "CONFIDENTIAL INFORMATION."   The parties and their respective counsel hereby stipulate the CONFIDENTIAL INFORMATION shall be used in this litigation only as follows:

(a)   CONFIDENTIAL INFORMATION and the information contained therein shall be used solely in connection with this litigation and the preparation of this case, or any related appellate proceeding, and not for any other purpose, with the exception that the CONFIDENTIAL INFORMATION may be used by Plaintiff in any administrative proceedings arising out of the events that form the basis of this action;

(b)   CONFIDENTIAL INFORMATION produced in this action shall be designated by Defendants by marking each page of the document(s) with a stamp stating "CONFIDENTIAL";

(c)   Under no circumstances shall the CONFIDENTIAL INFORMATION, or the information contained therein, be retained, compiled, stored, used as a database, or disseminated, in any form, except for purposes of this litigated matter in accordance with this Protective Order or by further Order of the Court;

KOLLENDER & SARGOY
2049 Century Park East
Suite 2250
Los Angeles, CA 90067-3101
Tel: (310) 277-7737
Fax: (310) 277-7250

Stipulated Protective Order.wpd

(d)   CONFIDENTIAL INFORMATION and the information contained therein may only be disclosed to the following persons:

      i.    Counsel for Plaintiff;

      ii.   Plaintiff;

      iii.  Paralegal, law clerk, stenographic, clerical, and secretarial personnel, court reporters, and interpreters retained or utilized by counsel for the parties;

      iv.  Court personnel, including court reporters, necessary for processing of this action; and

      v.   Any expert or consultant retained in the instant case; and

      vi.  Any individual approved by the Court or stipulated to in writing by counsel for the parties.

(e)   CONFIDENTIAL INFORMATION shall not be divulged to any other person or entity, including the print, radio, and television media;

(f)   CONFIDENTIAL INFORMATION shall not be posted on the Internet or on any website;

(g)   If CONFIDENTIAL INFORMATION is included in any papers to be filed in Court, such papers shall be labeled "Confidential - Subject to Court Order" and filed under seal in accordance with Local Rule 79-5.1. The CONFIDENTIAL INFORMATION shall maintain its confidential status in accordance with Local Rule 79-5.2.

(h)   Nothing herein is intended to prevent authorized government officials for the County of Los Angeles from having access to the documents in the normal course of their job duties.

2.   Plaintiff's and Defendants' counsel shall obtain an Agreement to Comply with Terms of Protective Order from each person to whom confidential materials are disclosed in accordance with this Order. (A true and correct copy of said Agreement to Comply is attached hereto as Exhibit "A.")

KOLLENDER & SARGOY
2049 Century Park Ease
Suite 2250
Los Angeles, CA 90067-3101
Tel:  (310) 277-7737
Fax:  (310) 277-7250

Stipulated Protective Order.wpd

3.     After completion of the judicial process in this case, including any
administrative proceedings, appeals, or other termination of this litigation, all
CONFIDENTIAL INFORMATION received under the provisions of this Order
and copies thereof shall be destroyed or returned to the attorneys of record for
Defendants.  The provisions of this Order shall be in effect until further Order of
this Court.

4.     Any counsel, expert or consultant retained in the instant case or investigator
retained by counsel for any party to this case, shall not disclose the
CONFIDENTIAL INFORMATION or the information contained therein in any
other court or administrative proceeding subject to further Order of this Court.

5.     Provisions of this Stipulation insofar as they restrict disclosure and the use
of material shall be in effect until further Order of this Court.

IT IS SO STIPULATED BY COUNSEL FOR THE PARTIES.

DATED: January 17, 2012          KOLLENDER & SARGOY


By: _____
       KENNETH J. SARGOY
       Attorneys for Plaintiff JOSE CORTEZ


DATED: January 17, 2012          SEKI, NISHIMURA & WATASE


By: _____
       GILBERT N. NISHIMURA
       Attorneys for Defendants COUNTY OF
       LOS ANGELES, SHERIFF LEROY
       BACA, DEPUTY CASTLE, AND
       DEPUTY BRADEN


IT IS SO ORDERED.


DATED: January 19, 2012          _____
                                 HON. ALICIA G. ROSENBERG
                                 UNITED STATES MAGISTRATE JUDGE

KOLLENDER & SARGOY
2049 Century Park East
Suite 2250
Los Angeles, CA 90067-3101
Tel:  (310) 277-7737
Fax:  (310) 277-7250

Stipulated Protective Order.wpd

5

[PROPOSED] STIPULATED PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOSE CORTEZ, an Individual, | CASE NO.  CV11-03274 DDP (AGRx) |
| Plaintiff, | [HON. DEAN D. PREGERSON, JUDGE] |
| -vs- | **"DISCOVERY MATTER"** |
| LEROY D. BACA, SHERIFF OF THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; THE COUNTY OF LOS ANGELES, a Municipal Corporation; LOS ANGELES COUNTY DEPUTY SHERIFF CASTLE, BADGE NO. 515174, an Individual; AND LOS ANGELES COUNTY DEPUTY SHERIFF BRADEN, BADGE NO. 405667, an Individual, | **AGREEMENT TO COMPLY WITH TERMS OF PROTECTIVE ORDER** |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

KOLLENDER & SARGOY
2029 Century Park East
Third Floor
Los Angeles CA 90067-2904
Tel:   (310) 277-7737
Fax:   (310) 277-7250

24

25

26

27

28

Stip Prot Order - Cert.wpd

Exhibit "A"

1

1    I hereby acknowledge that I have read (or I have been read the translation

2  of) and understand the Protective Order entered on _____, 2012 in

3  the above captioned case, a copy of which is attached.  I recognized that I am

4  bound by the terms of the Protective Order and I agree to comply with those terms.

5  I agree not to disclose information designated thereunder as "Confidential

6  Material" to any person not entitled to access to such information under the

7  Protective Order.  I further agree to use confidential material only in the manner

8  provided for in the Protective Order and not for any other purpose.  I hereby

9  consent to the jurisdiction of the United States District Court for the Central

10  District of California with respect to any proceedings relative to the enforcement

11  of that Protective Order.

12

13  Date:  _____        _____

                                  Signature

14

15  Printed Name: _____

16

17  Business Address: _____  OR

18

19  Home Address: _____

20

21

22

23

24

25

26

27

28                          Exhibit "A"

KOLLENDER & SARGOY
2029 Century Park East
Third Floor
Los Angeles CA 90067-2904
Tel:  (310) 277-7737
Fax:  (310) 277-7250

Stip Prot Order - Cert.wpd